**CT** CORPORATION SYSTEM

One Portland Square
Portland, ME 04101
Tel. 207 774 4000
Fax 207 774 7499

March 30, 2011



Elder Law and Services
305 Main Street
Yarmouth, ME 04096

Re: Katherine M. Cady, as Personal Representative of the Estate of Paul Victor Galambos, III, Pltf. vs. Cumberland County Jail et al. including Alfonso Corona, MD, Loretta Hines, RN, _____ McNally, Todd Tritch, MD, Barbara Walsh, DON, Linda Williams, LCSW, and Edie Woodward, PAC, Dfts.

Case No. 2:10-cv-00512-GZS

Dear Sir/Madam:

After checking our records and the records of the State of ME, it has been determined that C T Corporation System is not the registered agent for Alfonso Corona, MD, Loretta Hines, RN, _____ McNally, Todd Tritch, MD, Barbara Walsh, DON, Linda Williams, LCSW, and Edie Woodward, PAC.

Accordingly, we are returning the documents received from you.

Very truly yours,

*Bill Richardson*
William Richardson

Log# 518272248

FedEx Tracking# 796931225421

cc: United States District Court, District of Maine
    156 Federal Street
    Portland, ME 04101