# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KATHERINE M. CADY, as Personal Representative of the Estate of Paul Victor Galambos, III,<br><br>Plaintiff<br>v.<br><br>CUMBERLAND COUNTY JAIL, et al.,<br><br>Defendants | 2:10-cv-512-GZS |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 46) filed June 28, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Motion to Dismiss (Docket No. 27) filed by Defendant Maine Medical Center is **GRANTED** as to the federal claims in Count I. It is also **ORDERED** that the Motion to Dismiss (Docket No. 34) filed by Defendants David E. Clark, M.D., Virginia A. Eddy, M.D., Michael P. Juneau, PA-C, Catherine Lapointe, ANP-C, Maine Medical Center, Maine Medical Partners, Surgery, Trauma & Critical Care, and Leah M. Vosmus, PMN NPC as to the federal claims in Count I is **GRANTED**.

                                                   /s/ George Z. Singal
                                                   United States District Judge

Dated this 21st day of July, 2011.