UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KATHERINE M. CADY, as Personal Representative of the ESTATE OF PAUL VICTOR GALAMBOS, III,<br><br>Plaintiff,<br><br>v.<br><br>CUMBERLAND COUNTY JAIL, et al.<br><br>Defendants | )<br>)<br>)   Docket No.  2:10-cv-512-NT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL

Now come the parties in the above-captioned matter, by and through undersigned counsel, and stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the dismissal of all remaining claims against Defendants Barbara Walsh, DON; Michael Trueworthy, NP; and Linda Williams, LCSW set forth in Plaintiff's Third Amended Complaint. This dismissal shall be with prejudice and without costs or attorneys' fees to any party.

Dated at Portland, Maine this 25th day of November, 2014.

                             /s/Eric Mehnert
                             Eric Mehnert, Esq.
                             Attorney for Plaintiff Katherine M. Cady,
                             as Personal Representative of the
                             Estate of Paul Victor Galambos III
                             **Hawkes & Mehnert, LLP**
                             6 State Street, Suite 600
                             Bangor, Maine 04401
                             (207) 992-2602

2

   */s/Michael E. Saucier*
Michael E. Saucier, Esq.
Attorneys for Defendants Barbara Walsh, DON;
Michael Trueworthy, NP; Linda Williams, LCSW;
and Corizon, Inc.
**THOMPSON & BOWIE, LLP**
Three Canal Plaza
Post Office Box 4630
Portland, Maine  04112
(207) 774-2500

2