UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KATHERINE M. CADY, as Personal Representative of the ESTATE OF PAUL VICTOR GALAMBOS, III, | ) ) ) | Docket No.  2:10-cv-512-NT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CUMBERLAND COUNTY JAIL, et al. | ) ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

Now come the parties in the above-captioned matter, by and through undersigned counsel, and stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, to the dismissal of all remaining claims against Defendant Corizon, Inc. as set forth in Plaintiff's Third Amended Complaint.  This dismissal shall be with prejudice and without costs or attorneys' fees to any party.

Dated at Portland, Maine this 1st day of December, 2014.

/s/Eric Mehnert
Eric Mehnert, Esq.
Attorney for Plaintiff Katherine M. Cady,
as Personal Representative of the
Estate of Paul Victor Galambos III
**Hawkes & Mehnert, LLP**
6 State Street, Suite 600
Bangor, Maine 04401
(207) 992-2602

*/s/Michael E. Saucier*
Michael E. Saucier, Esq.
Attorney for Defendant Corizon, Inc.
**THOMPSON & BOWIE, LLP**
Three Canal Plaza
Post Office Box 4630
Portland, Maine  04112
(207) 774-2500